IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | Case No. 23-00181-01-CR-W-HFS |
| ) | 24-00106-01-CR-W-HFS |
| vs. ) | |
| ) | Date: September 5, 2024 |
| XAVIER MICHAEL BABUDAR, ) | |
| ) | |
| Defendant. ) | |
| ) | |

MINUTE SHEET

HONORABLE Howard F. Sachs, presiding at Kansas City
==========================================================================

Nature of Hearing: Sentencing

Time Commenced: 9:32 a.m.           Time Terminated: 10:39 a.m.

Plaintiff by:   Patrick Daly, AUSA
Defendant by:  Matthew Merriman, RETAINED


Proceedings:  All parties appear as indicated above.  Defendant in person.  Court in session.  Presentence Investigation report reviewed.  Objections heard and ruled.  Counsel present argument as to punishment.  Defendant granted allocution.

SENTENCES:

23-00181-01-CR-W-HFS:   Defendant is committed to BOP for term of 210 months as to Count 1 of the Indictment; 87 months as to Count 12, to run concurrently AND concurrent to sentence imposed in WDMO Case No. 24-00106-01-CR-W-HFS.  Following term of incarceration, defendant will be placed on Supervised Release for term of 3 years as to each of Counts 1 and 12, to run concurrently AND concurrent with term imposed in WDMO Case No. 24-00106-01-CR-W-HFS.  Standard/Special Conditions imposed.  Costs/Fines-Waived.  MPA-$200.00.  Restitution-$594,555.00/Interest Waived.  The Court recommends that the defendant be designated to FCI Greenville.  The Court further recommends that the defendant be designated for participation in the RDAP Program.  The Preliminary Order of Forfeiture entered on July 29, 2024, is finalized and imposed.  The Government orally moves to dismiss Counts 2-11 and 13-19 of the Indictment.  The defendant is advised of right to appeal.  Defendant is remanded to custody of USM.

<u>24-00106-01-CR-W-HFS:</u>   Defendant is committed to BOP for term of 210 months as to Count 1 of the Indictment to run concurrently to sentence imposed in WDMO Case No. 23-00181-01-CR-W-HFS.   Following term of incarceration, defendant will be placed on Supervised Release for term of 3 years as Counts 1, to run concurrently with term imposed in WDMO Case No. 23-00181-01-CR-W-HFS.   Standard/Special Conditions imposed.   Costs/Fines-Waived.   MPA-$100.00.   The Court recommends that the defendant be designated to FCI Greenville.   The Court further recommends that the defendant be designated for participation in the RDAP Program.   The defendant is advised of right to appeal.   Defendant is remanded to custody of USM.


Probation Officer:   Brent Reaves
Courtroom Deputy:   Christy Anderson
Court Reporter:   Katie Wirt