IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>      v.<br><br>XAVIAR MICHAEL BABUDAR,<br><br>                        Defendant. | Case No. 23-00181-01-CR-W-HFS |

## **FINAL ORDER OF FORFEITURE**

This matter is before the Court on the Motion of the United States for a Final Order of Forfeiture. On July 29, 2024, this Court entered a Preliminary Order of Forfeiture forfeiting the following property to the United States: an autographed painting of Chiefs quarterback Patrick L. Mahomes II.

Pursuant to the Court's Preliminary Order of Forfeiture, notice of the forfeiture of the above-described property and the requirements for filing a claim for the property was properly posted on an official government internet site (www.forfeiture.gov) for at least 30 days, beginning on September 11, 2024, and ending on October 10, 2024. A copy of the Declaration of Publication is on file with the Court. The United States did not send direct notice to any parties concerning the property subject to forfeiture as it is unaware of any other person "who reasonably appears to be a potential claimant with standing to contest the forfeiture" under Fed. R. Crim. P. 32.2(b)(6)(A). There were no claimants who properly perfected a claim to the subject property within 30 days from the earlier of the date of last publication of notice or of receipt of actual notice. Therefore, any other persons claiming any right, title, or interest in or to the above-described property are held to be in default.

Based upon the plea agreement, the Court finds that the defendant, Xaviar Michael Babudar, had an interest in the property that is subject to forfeiture pursuant to Title 18, United States Code, Section 982(a)(1).

Accordingly, it is hereby ORDERED:

1. Plaintiff's Motion for a Final Order of Forfeiture (Doc. 55) is hereby granted, and the above-described property is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 982(a)(1), and is to be disposed of according to law.

2. All other persons claiming any right, title, or interest in or to the above-referenced property are held in default.

3. The claims and interests of any other persons or parties are forever foreclosed and barred.

4. All right, title, and interest to the property described above is hereby condemned, forfeited, and vested in the United States of America, and shall be disposed of according to law.

5. The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this order.

SO ORDERED.

        */s/ Howard F. Sachs*
        HOWARD F. SACHS
        UNITED STATES DISTRICT JUDGE

Dated: January 7, 2025
Kansas City, Missouri